■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAYWOOD BOLLING, Appellant. [728 NYS2d 676] —Application by

the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated March 20, 1989 (*People v Bolling,* 148 AD2d 622), affirming a judgment of the County Court, Nassau County, rendered April 18, 1985, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is granted to the extent that the appellant is granted leave to serve and file a brief on the issue of whether he was convicted of both robbery in the first degree and criminal use of a firearm in the first degree in violation of the prohibition against double jeopardy (*see, People v Brown,* 67 NY2d 555, *cert denied* 479 US 1093; *see also, Jackson v Leonardo,* 162 F3d 81); and it is further,

Ordered that pursuant to County Law § 722 the following named attorney is assigned as counsel to prosecute the application: Arza Rayches Feldman, 300 Rabro Drive, Hauppauge, N. Y., 11788, and it is further,

Ordered that assigned counsel shall prosecute the application expeditiously in accordance with this Court's rules (*see,* 22 NYCRR 670.1 *et seq.*) and written directions. O'Brien, J. P., Santucci, Krausman and S. Miller, JJ., concur.